DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada State Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: blaine.welsh@usdoj.gov

*Attorneys for the United States.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

THOMAS E. PEREZ, SECRETARY OF LABOR, )
UNITED STATES DEPARTMENT OF LABOR, )
                               ) Case No. 2:14-cv-1868-JAD-NJK
       Plaintiff, )
                               )
   v. )
                               )
INTELLICONNECT COMMUNICATIONS LLC, )
a Nevada corporation, *et al.,* )
                               )
       Defendants. )
                               )

**MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT**

      Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court admit Government attorney Jeannie Gorman to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of employment by the United States.

Rule IA 10-3 provides:

      Unless otherwise ordered by the Court, any nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and, while being so employed, has occasion to appear in this Court on behalf of the United States, shall, upon motion of the United States Attorney or the Federal Public Defender for this district or one of the assistants, be permitted to practice before this court during the period of such employment.

1  Ms. Gorman is an attorney with the United States Department of Labor, an agency of the
2  federal government, and an active member in good standing of the bar of Washington state (No.
3  23578).

4  The following information is provided to the Court:

   Jeannie Gorman
   Senior Trial Attorney
   United States Department of Labor
   Office of the Solicitor
   300 Fifth Avenue, Suite 1120
   Seattle, Washington 98104
   Phone: 206-757-6762
   Fax: 206-757-6761
   gorman.jeannie@dol.gov

10 Accordingly, the United States respectfully requests that the Court admit Jeannie Gorman to
11 practice in the District of Nevada for the duration of employment by the United States.

12 Respectfully submitted this 20th day of October 2014.

DANIEL G. BOGDEN
United States Attorney

/s/ Blaine T. Welsh
BLAINE T. WELSH
Assistant United States Attorney

IT IS SO ORDERED:

_____
~~UNITED STATES DISTRICT JUDGE~~
UNITED STATES MAGISTRATE JUDGE

DATED: November 12, 2014

2